\

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. MENDOZA,<br><br>                                    Petitioner,<br><br>MARCUS POLLARD, Warden,<br><br>                                    Respondent. | Case No.:  3:20-cv-0847-GPC-RBB<br><br>**ORDER GRANTING PETITIONER'S AMENDED MOTION FOR LEAVE TO PROCEED IN FORMA PAUERIS ON APPEAL**<br>**[DKT. NO. 42.]** |

On June 24, 2021, the Court issued an order adopting report and recommendation granting motion to dismiss, denying motion for partial summary judgment and denying a certificate of appealability.  (Dkt. No. 35.)  The Clerk of Court issued judgment on the same day.  (Dkt. No. 36.)  On November 12, 2021, Petitioner filed a notice of appeal with the Ninth Circuit and a motion for leave to proceed in forma pauperis on appeal in this Court.  (Dkt. No. 42.)

Federal Rule of Appellate Procedure 24(a)(3) provides that a party who was "determined to be financially unable to obtain an adequate defense in a criminal case," may proceed on appeal in forma pauperis without further authorization."  Fed. R. App.  P. 24(a)(3).

Petitioner states he was represented by a public defender during his underlying

criminal trial.  (Dkt. No. 40; Dkt. No. 1, Pet. at 65[1].)  Because he was determined to be financially unable to obtain an adequate defense in his state court criminal trial, the Court GRANTS Petitioner's motion for leave to proceed in forma pauperis on appeal.

IT IS SO ORDERED.

Dated:  November 18, 2021

Hon. Gonzalo P. Curiel
United States District Judge

---

[1] Page numbers are based on the CM/ECF pagination.